IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, A/K/A STERLING HOBBS, | § § § | No. 132, 2018 |
| Defendant Below, Appellant, | § § § | Court Below:  Superior Court of the State of Delaware |
| v. | § § § | ID. No. 75060892DI (N) |
| STATE OF DELAWARE, | § § | |
| Plaintiff Below, Appellee. | § § § | |

Submitted:  April 27, 2018
Decided:  July 9, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# O R D E R

Upon consideration of the appellant's opening brief, the State's motion to affirm, and the record below, we conclude that the Superior Court's order of February 23, 2018, denying the appellant's most recent motion for correction of sentence, should be affirmed.  The Superior Court's application of current Criminal Rule 35 to the appellant's February 2018 motion, rather than the version of the rule in effect when the appellant was sentenced in 1976, was entirely correct.[*]

---

[*] *See* 11 *Del. C.* § 5121(c) (providing that amendments to the Rules of Criminal Procedure "shall take effect upon such date as the Superior Court shall fix").

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED.  The judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice